```
         X  FILED      ___ LODGED
         ___ RECEIVED  ___ COPY

              JUN 2 7 2006

         CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
         BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR06-0626 PCT-DGC (DKD) |
|---|---|
| Plaintiff, | REDACTED |
| v. | INDICTMENT |
| Kendrick Begay, | VIO: 18 U.S.C. §§ 1153 and 1111 (CIR-First Degree Murder) Counts 1 and 2 |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1

On or about March 28, 2002, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, KENDRICK BEGAY, an Indian, did with premeditation and malice aforethought, willfully kill and murder Jane Doe.

In violation of Title 18, United States Code, Sections 1153 and 1111.

### COUNT 2

On or about March 28, 2002, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, KENDRICK BEGAY, an Indian, did with premeditation and malice aforethought, willfully kill and murder John Doe.

//
//
//

In violation of Title 18, United States Code, Sections 1153 and 1111.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: June 27, 2006

PAUL K. CHARLTON
United States Attorney
District of Arizona

s/
ANN BIRMINGHAM SCHEEL
Assistant U.S. Attorney

2